Film Title: Dallas Buyers Club

Rights Owner: Dallas Buyers Club, LLC

| John Doe | Ip Address | HitDate and UTC Time | ISP | City |
|---|---|---|---|---|
| | File Hash : SHA1: F18A60DB02EC3B55C18924F47955DE766DACC537 | | | |
| 1 | 97.122.120.119 | 4/22/14 09:56:47 AM | CenturyLink | Denver |
| 2 | 75.70.154.73 | 4/22/14 09:31:28 AM | Comcast Cable | Denver |
| 3 | 76.25.84.149 | 4/22/14 08:41:25 AM | Comcast Cable | Englewood |
| 4 | 67.161.152.226 | 4/22/14 07:35:50 AM | Comcast Cable | Longmont |
| 5 | 24.9.24.173 | 4/22/14 05:35:11 AM | Comcast Cable | Broomfield |
| 6 | 174.24.115.80 | 4/22/14 04:44:16 AM | CenturyLink | Colorado Springs |
| 7 | 67.164.174.7 | 4/22/14 04:11:21 AM | Comcast Cable | Fort Collins |
| 8 | 24.8.233.206 | 4/22/14 02:09:32 AM | Comcast Cable | Wheat Ridge |
| 9 | 98.245.46.68 | 4/21/14 10:25:10 PM | Comcast Cable | Westminster |
| 10 | 67.176.102.132 | 4/21/14 10:15:04 PM | Comcast Cable | Denver |
| 11 | 71.229.172.252 | 4/21/14 08:06:59 PM | Comcast Cable | Denver |
| 12 | 216.160.137.130 | 4/21/14 04:26:14 PM | CenturyLink | Denver |
| 13 | 174.51.100.3 | 4/21/14 02:11:42 PM | Comcast Cable | Denver |
| 14 | 174.51.70.147 | 4/21/14 12:14:50 PM | Comcast Cable | Denver |
| 15 | 65.128.43.185 | 4/21/14 12:13: 29 PM | CenturyLink | Denver |
| 16 | 67.166.25.47 | 4/21/14 08:36:51 AM | Comcast Cable | Aurora |
| 17 | 67.177.206.230 | 4/21/14 06:48:13 AM | Comcast Cable | Denver |
| 18 | 50.183.109.172 | 4/21/14 05:53:45 AM | Comcast Cable | Aurora |
| 19 | 24.9.213.26 | 4/21/14 04:01:55 AM | Comcast Cable | Littleton |
| 20 | 184.99.255.134 | 4/21/14 03:55:32 AM | CenturyLink | Denver |

