# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01945-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

v.

JOHN DOES 1-20,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS JOHN DOES 2 AND 14 PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 2 or John Doe 14, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 2 and John Doe 14, as identified in Exhibit A attached to the Complaint in

the above-captioned action, without prejudice.

DATED this 5th day of August, 2014.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*