IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01945-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas limited liability company,

    Plaintiff,

v.

ANDREW R. FROEHLICH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2015.**

The Joint Motion to Vacate Scheduling Conference [filed January 22, 2015; docket #51] is **granted**. The Scheduling Conference currently set for **February 23, 2015** is hereby **vacated**. The parties shall file dismissal papers on or before February 27, 2015.